Maureen Gaughan
Bankruptcy Trustee
PO Box 6729
Chandler, Arizona 85246

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

| In re: | § | |
|---|---|---|
| | § | |
| PARKER, BLAKE D. | § | Case No. 13-11088-PHX PS |
| PARKER, MELINDA | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Maureen Gaughan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 904,200.00         Assets Exempt: 45,003.49
*(Without deducting any secured claims)*

Total Distributions to Claimants: 8,924.38    Claims Discharged
                                              Without Payment: 21,695,481.67

Total Expenses of Administration: 22,096.51

---

3) Total gross receipts of $ 31,020.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 31,020.89 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,070,995.69 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,096.51 | 22,096.51 | 22,096.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 72,539.24 | 33,899.91 | 33,899.91 | 8,924.38 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 19,091,919.73 | 7,592,813.62 | 7,592,813.62 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 22,235,454.66 | $ 7,648,810.04 | $ 7,648,810.04 | $ 31,020.89 |

4) This case was originally filed under chapter 7 on 06/27/2013 . The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/28/2015             By:/s/Maureen Gaughan
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUND | 1224-000 | 1,020.89 |
| settlement | 1241-000 | 30,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 31,020.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RUSS AND DIANE PARKER 1215 VARSITY ESTATE ROAD NW CALGARY, ALBERTA CANADA T3B 2X5 | | 2,199,934.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US BANK HOME MORTGAGE PO BOX 6060 NEWPORT BEACH CA 926586060 | | 871,061.69 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 3,070,995.69 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAUREEN GAUGHAN | 2100-000 | NA | 3,852.09 | 3,852.09 | 3,852.09 |
| MAUREEN GAUGHAN | 2200-000 | NA | 95.00 | 95.00 | 95.00 |
| Bank of Kansas City | 2600-000 | NA | 156.55 | 156.55 | 156.55 |
| MAY, POTENZA, BARAN & GILLESPIE PC | 3210-000 | NA | 17,000.00 | 17,000.00 | 17,000.00 |
| MAY, POTENZA, BARAN & GILLESPIE PC | 3220-000 | NA | 992.87 | 992.87 | 992.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 22,096.51 | $ 22,096.51 | $ 22,096.51 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITY OF PRESCOTT TAX AND LICENSING DIVISION PO BOX 2077 PRESCOTT AZ 86302 | | 45,616.90 | NA | NA | 0.00 |
| | CITY OF SCOTTSDALE PO BOX 1300 SCOTTSDALE AZ 85252-1300 | | 18,697.34 | NA | NA | 0.00 |
| | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 21126 PHILADELPHIA PA 19114 | | 8,225.00 | NA | NA | 0.00 |
| 000004 | CITY OF PRESCOTT | 5800-000 | NA | 32,477.40 | 32,477.40 | 8,549.89 |
| 000005 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 1,422.51 | 1,422.51 | 374.49 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 72,539.24 | $ 33,899.91 | $ 33,899.91 | $ 8,924.38 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ASSURITY LIFE INSURANCE CO 4000 PINE LAKE ROAD LINCOLN NE 68501 | | 850,000.00 | NA | NA | 0.00 |
| | ASSURITY LIFE INSURANCE COMPANY 2000 Q STREET (68503) PO BOX 82533 LINCOLN NE 68501-2533 | | 0.00 | NA | NA | 0.00 |
| | BRAKEN PROPERTIES, LLC 7427 E BERYL AVE SCOTTSDALE AZ 85258 | | 56,437.00 | NA | NA | 0.00 |
| | BRAKEN PROPERTIES, LLC 7427 E BERYL AVE SCOTTSDALE AZ 85258 | | 0.00 | NA | NA | 0.00 |
| | CAPITAL MANAGEMENT SERVICES LP 726 EXCHANGE ST SUITE 700 BUFFALO NY 14210 | | 0.00 | NA | NA | 0.00 |
| | CAPITAL MANAGEMENT SERVICES LP 726 EXCHANGE ST SUITE 700 BUFFALO NY 14210 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CAPITAL ONE C/O GURSTEL CHARGO PA 64 E BROADWAY ROAD, SUITE 255 TEMPE AZ 85282 | | 5,174.89 | NA | NA | 0.00 |
| | CHASE BANK USA, NA C/O ZWICKER & ASSOCIATES, PC PO BOX 10069 SCOTTSDALE AZ 85271 | | 8,225.12 | NA | NA | 0.00 |
| | COLLECTION AGENCY DIVISION PO BOX 46960 SAINT LOUIS MO 63146 | | 0.00 | NA | NA | 0.00 |
| | COLLECTION AGENCY DIVISION PO BOX 46960 SAINT LOUIS MO 63146 | | 0.00 | NA | NA | 0.00 |
| | ELAN FINANCIAL C/O ASSOCIATED CREDITORS EXCHANGE PO BOX 33130 PHOENIX AZ 85267-3313 | | 22,355.91 | NA | NA | 0.00 |
| | FIRST FIDELITY BANK PO BOX 14510 SCOTTSDALE AZ 85267-4510 | | 1,042,446.17 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIRST NATIONAL BANK OF OLATHE C/O TIFFANY & BOSCO, PA 2525 E CAMELBACK RD PHOENIX AZ 850164237 | | 215,342.71 | NA | NA | 0.00 |
| | GUGLIELMO & ASSOC 3040 N CAMPBEL AVE #100 TUCSON AZ 85719 | | 0.00 | NA | NA | 0.00 |
| | INCA CAPITOL 7377 E DOUBLETREE RANCH ROAD, 3190 SCOTTSDALE AZ 85258 | | 700,000.00 | NA | NA | 0.00 |
| | MACY'S PO BOX 689194 DES MOINES IA 50368-9194 | | 760.79 | NA | NA | 0.00 |
| | MACY'S PO BOX 689194 DES MOINES IA 50368-9194 | | 573.19 | NA | NA | 0.00 |
| | MERIDIAN BANK C/O RYLEE CARTWRIGHT SMITH, PLC 9003 E BELL RD, STE 110 SCOTTSDALE AZ 85260 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MIDLAND CREDIT 8875 AERO DRIVE, SUITE 200 SAN DIEGO CA 92123 | | 0.00 | NA | NA | 0.00 |
| | MIDLAND CREDIT MANAGEMENT, INC PO BOX 60578 LOS ANGELES CA 90060 | | 2,901.40 | NA | NA | 0.00 |
| | MT WHITNEY VENTURES, LLC 7377 E DOUBLETREE RANCH ROAD, 3190 SCOTTSDALE AZ 85258 | | 0.00 | NA | NA | 0.00 |
| | PROFESSIONAL RECOVERY SERVICES INC PO BOX 1880 VOORHEES NJ 08043 | | 0.00 | NA | NA | 0.00 |
| | RES-AZ CHINO, LLC C/O LAW OFFICES OF SHERMAN AND HOWARD 201 EAST WASHINGTON STREET #800 PHOENIX AZ 85004 | | 3,913,639.00 | NA | NA | 0.00 |
| | RUSS AND DIANE PARKER 1215 VARSITY ESTATES CALGARY, ALBERTA CANADA T3B 2X5 | | 911,187.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RUSS AND DIANE PARKER 1215 VARSITY ESTATES CALGARY, ALBERTA CANADA T3B 2X5 | | 2,209,934.00 | NA | NA | 0.00 |
| | RUSS AND DIANE PARKER 1215 VARSITY ESTATES CALGARY, ALBERTA CANADA T3B 2X5 | | 1,773,820.00 | NA | NA | 0.00 |
| | RUSS AND DIANE PARKER 1215 VARSITY ESTATES CALGARY, ALBERTA CANADA T3B 2X5 | | 570,876.00 | NA | NA | 0.00 |
| | RUSS AND DIANE PARKER 1215 VARSITY ESTATES CALGARY, ALBERTA CANADA T3B 2X5 | | 392,000.00 | NA | NA | 0.00 |
| | RUSS AND DIANE PARKER 1215 VARSITY ESTATES CALGARY, ALBERTA CANADA T3B 2X5 | | 46,722.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | RUSS AND DIANE PARKER 1215 VARSITY ESTATES CALGARY, ALBERTA CANADA T3B 2X5 | | 78,444.00 | NA | NA | 0.00 |
| | SHADOWBIAR PLAZA, LLC 5607 FORNEY HOUSTON TX 77036 | | 0.00 | NA | NA | 0.00 |
| | SHARON DOYNE LINCOLN TRUST CO PO BOX 173859 DENVER CO 80217-3859 | | 0.00 | NA | NA | 0.00 |
| | SOUTHWEST DIAGNOSTIC IMAGING 2323 W ROSE GARDEN LANE PHOENIX AZ 85027 | | 1,130.00 | NA | NA | 0.00 |
| | STEVE BUFFAM C.O SHARON DOYNE PO BOX 173859 DENVER CO 80217-3859 | | 0.00 | NA | NA | 0.00 |
| | STEVE BUFFEM C/O FISERR 717 17TH ST STE 1700 DENVER CO 80202 | | 116,250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SUNRISE BANK OF ARIZONA CAMELBACK OFFICE 2777 E CAMELBACK RD, STE 100 PHOENIX AZ 85016 | | 1,082,234.00 | NA | NA | 0.00 |
| | ZWICKER & ASSOCIATES, PC 80 MINUTEMAN ROAD ANDOVER MA 01810-1008 | | 0.00 | NA | NA | 0.00 |
| 000008 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 2,160.04 | 2,160.04 | 2,160.04 | 0.00 |
| 000007 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | 3,393.67 | 3,266.37 | 3,266.37 | 0.00 |
| 000002 | ATLAS ACQUISITIONS LLC | 7100-000 | 798.12 | 1,151.48 | 1,151.48 | 0.00 |
| 000001 | MERIDIAN BANK, N.A. | 7100-000 | 1,000,000.00 | 1,507,945.21 | 1,507,945.21 | 0.00 |
| 000006 | NATIONAL BANK OF ARIZONA | 7100-000 | 784,762.72 | 1,269,767.20 | 1,269,767.20 | 0.00 |
| 000003 | PR9, LLC | 7100-000 | 3,300,352.00 | 4,798,353.92 | 4,798,353.92 | 0.00 |
| | CITY OF PRESCOTT | 7300-000 | NA | 10,169.40 | 10,169.40 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 19,091,919.73 | $ 7,592,813.62 | $ 7,592,813.62 | $ 0.00 |

| Case No: | 13-11088-PHX  PS  Judge: PAUL SALA | Trustee Name: | Maureen Gaughan |
|---|---|---|---|
| Case Name: | PARKER, BLAKE D. | Date Filed (f) or Converted (c): | 06/27/13 (f) |
|  | PARKER, MELINDA | 341(a) Meeting Date: | 07/29/13 |
| For Period Ending: | 08/11/14 | Claims Bar Date: | 12/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TAX REFUND (u) | 0.00 | 0.00 |  | 1,020.89 | FA |
| 2. RESIDENCE | 900,000.00 | 0.00 |  | 0.00 | FA |
| 3. CASH | 50.00 | 0.00 |  | 0.00 | FA |
| 4. CHECKING ACCOUNT | 300.00 | 0.00 |  | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 5,225.00 | 0.00 |  | 0.00 | FA |
| 6. HOUSEHOLD GOODS, BAR TABLE, BAR STOOLS, AREA RUGS | 2,945.00 | 0.00 |  | 0.00 | FA |
| 7. DEOCRATIVE PAINTINGS | 1,400.00 | 1,400.00 |  | 0.00 | FA |
| 8. SOME SPORTS MEMORABILLA | 500.00 | 500.00 |  | 0.00 | FA |
| 9. WEARING APPAREL | 1,000.00 | 0.00 |  | 0.00 | FA |
| 10. WATCH | 200.00 | 0.00 |  | 0.00 | FA |
| 11. JEWELRY | 2,400.00 | 400.00 |  | 0.00 | FA |
| 12. WEIGHTS, WEIGHT BENCH, VIDEO ARCADE GAME | 1,900.00 | 1,900.00 |  | 0.00 | FA |
| 13. LIFE INSURANCE AXA EQUITABLE 142 | 7,687.02 | 0.00 |  | 0.00 | FA |
| 14. LIFE INSURANCE AXA EQUITABLE 738 | 10,122.03 | 0.00 |  | 0.00 | FA |
| 15. LIFE INSURANCE SUN LIFE | 7,848.04 | 0.00 |  | 0.00 | FA |
| 16. LIFE INSURANCE AXA EQUITABLE 378 | 6,876.40 | 0.00 |  | 0.00 | FA |
| 17. RETIREMENT PLAN | 550.00 | 0.00 |  | 0.00 | FA |
| 18. STOCK PARKVIEW DEVELOPMENTS, INC | 0.00 | 0.00 |  | 0.00 | FA |
| 19. TWO CATS AND A LIZARD | 100.00 | 0.00 |  | 0.00 | FA |
| 20. OTHER PERSONAL PROPERTY | 100.00 | 0.00 |  | 0.00 | FA |
| 21. settlement (u) | 0.00 | 0.00 |  | 30,000.00 | FA |
| assets 2 and 18; fraudulent transfers and abandonment motions. |  |  |  |  |  |
| TOTALS (Excluding Unknown Values) | $949,203.49 | $4,200.00 |  | $31,020.89 | Gross Value of Remaining Assets $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

| | | | |
|---|---|---|---|
| Case No: | 13-11088-PHX    PS    Judge: PAUL SALA | Trustee Name: | Maureen Gaughan |
| Case Name: | PARKER, BLAKE D. | Date Filed (f) or Converted (c): | 06/27/13 (f) |
| | PARKER, MELINDA | 341(a) Meeting Date: | 07/29/13 |
| | | Claims Bar Date: | 12/13/13 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 07/29/16         Current Projected Date of Final Report (TFR): 07/29/16

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-11088-PHX -PS | | Trustee Name: | Maureen Gaughan |
|---|---|---|---|---|
| Case Name: | PARKER, BLAKE D. | | Bank Name: | Bank of Kansas City |
| | PARKER, MELINDA | | Account Number / CD #: | *******5211 Checking Account |
| Taxpayer ID No: | *******1135 | | | |
| For Period Ending: | 01/28/15 | | Blanket Bond (per case limit): | $ 72,661,955.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/13 | 1 | STATE OF ARIZONA | TAX REFUND | 1224-000 | 640.00 | | 640.00 |
| 09/04/13 | 1 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 259.00 | | 899.00 |
| 01/08/14 | 1 | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 121.89 | | 1,020.89 |
| 01/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,010.89 |
| 02/28/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,000.89 |
| 03/19/14 | 21 | BLAKE D. PARKER | SETTLEMENT PAYMENT | 1241-000 | 30,000.00 | | 31,000.89 |
| 03/31/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 12.77 | 30,988.12 |
| 04/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 44.57 | 30,943.55 |
| 05/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 45.99 | 30,897.56 |
| 06/13/14 | 001001 | MAY, POTENZA, BARAN & GILLESPIE PC 201 NORTH CENTRAL AVE 22ND FLOOR PHOENIX, AZ 85004 | ATTORNEY FEES PER COURT ORDER | 3210-000 | | 17,000.00 | 13,897.56 |
| 06/13/14 | 001002 | MAY, POTENZA, BARAN & GILLESPIE PC 201 NORTH CENTRAL AVE 22ND FLOOR PHOENIX, AZ 85004 | ATTORNEY EXPENSES PER COURT ORDER | 3220-000 | | 992.87 | 12,904.69 |
| 06/30/14 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 33.22 | 12,871.47 |
| 10/16/14 | 001003 | Maureen Gaughan PO Box 6729 Chandler, AZ 85246-6729 | Chapter 7 Compensation/Fees | 2100-000 | | 3,852.09 | 9,019.38 |
| 10/16/14 | 001004 | Maureen Gaughan PO Box 6729 Chandler, AZ 85246-6729 | Chapter 7 Expenses | 2200-000 | | 95.00 | 8,924.38 |
| 10/16/14 | 001005 | CITY OF PRESCOTT Legal Department 221 S. Cortez Street PRESCOTT AZ 86303 | Claim 000004, Payment 26.32566% | 5800-000 | | 8,549.89 | 374.49 |
| 10/16/14 | 001006 | INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS | Claim 000005, Payment 26.32600% | 5800-000 | | 374.49 | 0.00 |

Page Subtotals 31,020.89 31,020.89

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-11088-PHX -PS | | Trustee Name: | Maureen Gaughan |
|---|---|---|---|---|
| Case Name: | PARKER, BLAKE D. | | Bank Name: | Bank of Kansas City |
| | PARKER, MELINDA | | Account Number / CD #: | *******5211 Checking Account |
| Taxpayer ID No: | *******1135 | | | |
| For Period Ending: | 01/28/15 | | Blanket Bond (per case limit): | $ 72,661,955.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. BOX 21126 PHILADELPHIA PA 19114 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 31,020.89 | 31,020.89 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 31,020.89 | 31,020.89 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 31,020.89 | 31,020.89 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********5211 | 31,020.89 | 31,020.89 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 31,020.89 | 31,020.89 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00